RECEIVED
JUL 2 8 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## _Eastern_ DIVISION

Clint Phillips III
Missouri Department of )
_____ )
_____ )
_____ )
_____ )
(Enter above the full name of the Plaintiff[s] )
in this action.) )
)
)
)
- vs - )
)         Case No. _____
Missouri Department of Social Services )
(Child Support Enforcement) )         (To be assigned by Clerk
_____ )         of District Court)
_____ )         Trial by Jury
_____ )
_____ )
_____ )
_____ )
(Enter above the full name of ALL Defend- )
ant[s] in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the <u>complaint</u> )
include the names of all the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

## COMPLAINT

I.   State the grounds for filing this case is Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

II. Plaintiff, Clint Phillips III resides at

10166 Coburg Lands, St Louis, St Louis,
street address / city / county

MO, 63137, (314) 267-1823.
state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

III. Defendant, Missouri Department of (Child Support Enforcement) Social Services lives at, or its business is located at
Wainwright building, St Louis / Jefferson City, 63102 / Unknown,
street address / city / county

MO, 63102 / Unknown.
state / zip code

(if more than one defendant, provide the same information for each defendant below)

2

IV.     Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

3

In January of 2014 the Missouri Supreme Court made a ruling in one of it's cases. It stated, "Any non-custodial parent receiving Social Security, or veterans benefits, and paying child support, any dollar amount of these benefits are to be credited by Child Support Enforcement because of this decision it was determined that they would eliminate an income witholding order and give me credit from Jan, 2014 - Jan-2013.

I went to child support enforcement after three to four months of waiting for them to do it themselves and CSE continually extorting my social security benefits. They only paid me one month of benefits that they had not sent out already, when it was decided in January 2014 that they terminate the income witholding order neither did they have it documented that I was to be credited for my overpayment which was longer than one year, the extortion lasted from December 2009 - March or April 2014 from my wifes child support order in which I did not recieve a hearing and I was incarcerated at a state facility where I

could be found.

Child Support Enforcement and it's state officials, all public officers, took monies in the amount of $85.00 a month that were not due them or their office. This is extortion that amounts to General, Compensatory, and Punitive Damages, and violates the Fourth Amendment

V. Relief: State briefly and exactly what you want the Court to do for you.

compensate me for the Funds that CSE extorted from my Social Security

VI. MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [✓]     NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

3 million Because it was done with a reckless disregard for my rights

VII. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [✓]     NO [ ]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28 day of July, 2016

_____
Signature of Plaintiff(s)

4